Same case below, 12 So. 3d 753.

Same case below, 442 Fed. Appx. 16.

**No. 11-6691. Danielle Biton, Petitioner v. Commissioner of Internal Revenue.**

565 U.S. 1018, 132 S. Ct. 561, 181 L. Ed. 2d 405, 2011 U.S. LEXIS 7967.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 11-6694. Michael Wigren, Petitioner v. United States.**

565 U.S. 1019, 132 S. Ct. 561, 181 L. Ed. 2d 405, 2011 U.S. LEXIS 8022.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 641 F.3d 944.

**No. 11-6702. Keith Russell, Petitioner v. United States.**

565 U.S. 1019, 132 S. Ct. 561, 181 L. Ed. 2d 405, 2011 U.S. LEXIS 8008.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 426 Fed. Appx. 832.

**No. 11-6722. Eric Wolfe, Petitioner v. United States.**

565 U.S. 1019, 132 S. Ct. 561, 181 L. Ed. 2d 405, 2011 U.S. LEXIS 7978.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-6730. Rod Garrett Borgersen, Petitioner v. United States.**

565 U.S. 1019, 132 S. Ct. 562, 181 L. Ed. 2d 405, 2011 U.S. LEXIS 8020.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6735. Howell W. Woltz, Petitioner v. United States.**

565 U.S. 1019, 132 S. Ct. 562, 181 L. Ed. 2d 405, 2011 U.S. LEXIS 7955.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 427 Fed. Appx. 249.

**No. 11-6736. Karey Lee Woolsey, Petitioner v. United States.**

565 U.S. 1019, 132 S. Ct. 562, 181 L. Ed. 2d 405, 2011 U.S. LEXIS 8005.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6738. Stephen Waltower, Petitioner v. United States.**

565 U.S. 1019, 132 S. Ct. 562, 181 L. Ed. 2d 405, 2011 U.S. LEXIS 8054.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 643 F.3d 572.